8/10/2017    Gmail - United S... Case 2:17-cv-12700-GAD-RSW    ECF No. 1, PageID.1    Filed 08/11/17    Page 1 of 31
Judge: Drain, Gershwin A.
MJ: Whalen, R. Steven
Filed: 08-11-2017 At 01:04 PM
CMP DELMOND MARSHALL V NICK GEORGE,
ET AL (LG)
**31**

M Gmail

Delmond Marshall <810mmg@gmail.com>

# United States District Court For the Eastern District of Michigan Compliant-Lawsuit against Nick george, owner of Nick George properties 8313 Holly Rd, Grand Blanc, MI 48439 (810) 695-7500. & his 2 crackhead workers that burglarized my home Joshua Warren & whatever his brother In law name is & Grand Blanc Township Police Officers Ryhs, Officer Brady Harner, Detective Jason Whittey, Sgt. Marcus Ferguson & Cheif of Police Ron Wiles- all of the Grand Blanc Township Police Department, The city of Grand Blanc by whom the officers are employed, & the Grand Blanc Township Police Department

**Delmond Marshall <810mmg@gmail.com>**
To: Delmond Marshall <810mmg@gmail.com>

Thu, Aug 10, 2017 at 12:17 PM

**F I L E D**

**AUG 1 1 2017**

**CLERK'S OFFICE
DETROIT**

**United States District Court For the Eastern District of Michigan**

**Delmond Marshall, Plaintiff, filing this Civil Lawsuit/ Complaint Pro Sec in Federal Court, against:**

VS.

Nick george, owner of Nick George properties 8313 Holly Rd, Grand Blanc, MI 48439 (810) 695-7500. & his 2 crackhead workers that burglarized my home Joshua Warren & whatever his brother In law name is & Grand Blanc Township Police Officers Ryhs, Officer Brady Harner, Detective Jason Whittey, Sgt. Marcus Ferguson & Cheif of Police Ron Wiles- all of the Grand Blanc Township Police Department, The city of Grand Blanc by whom the officers are employed, & the Grand Blanc Township Police Department

Open Letter-Summary to Court:

To the court, I Delmond Marshall herby file this motion of compliant & lawsuit to the Federal Court of the Eastern District of Michigan. I ask the Honorable Judge to please review this Civil Lawsuit/ Compliant in its entirety, with the understanding that I'm not an Attorney & due to the volume of treason commited by the Grand Blanc Township Police Department as the facts I will lay out will show, that all fees should be waived as this is a living instrument of continued Racial Discrimination & violation of my civil rights done by overzealous, underqualified men who's actions against me and my family negate any fees that I should have to Pay the court to review my Compliant. I will explain what happened, & I again ask the Court to have an independent federal investigation into the Grand Blanc Township Police Department, and the several crooked officers they have that I will refer to as "American Terrorists", for how these men with badges & Guns took it upon themselves to violate state & federal law by writing a Fake police report to cover for 2 of Mr. George's workers that burglarized my residence & vandalized my property, and how Grand Blanc Township Police Department covered for the guilty, hence violating my United States Constitutional right to due process, promised to ALL United States born citizens, as I am. Grand Blanc, Michigan is 95% White, and I am Moorish- American, what common people refer to as Black. The misconduct done to me by nick george & wayward police officers constitutes a 'hate Crime'. Their actions while wearing a Police uniform, and instead of arresting the guilty that tried to break into my home, these officers in a conspiracy form talked to Mr. nick george who contacted them to make sure his 2 junkies that work for him would get off scott free. Below is a Statement of Fact on an email I sent to Grand Blanc Township Police Officer after he ILLEGALLY Pulled me over. Once you read the Statement of Fact, you will see that Grand Blanc Township Police Had NO RIGHT to search my home when I wasnt there, nor pull me over 5 cars deep.

**What Happened:** In or around September 23rd, 2016, Joshua Warren & his brother in law broke the lock on my back gate and entered my backyard, they stole power tools out of my closed shed, and stole 8 CBD cannabis plants- that I have my Michigan card to legally grow and possess in my home. I was home, and I heard my patio door being pulled on, by the time I made it downstairs, they were gone. I looked outside in my backyard and noticed the damage. I knew it was the little crackhead worker of Mr. george. He looked like he was fresh out of rehab, and everytime I came outside, he was peeking through the bushes on Mr. george's side of the fence looking in my backyard. As the state reads, I went into Mr. George's building and found his secretary Karen. I told Karen what happened. She came outside and we picked up their leftovers from breaking into my yard. The roots from the plants were found inside of mr. george's dumpster area. She gave me Mr. Georges number and I got her email, which is karen@ezpaycorp.com. I call him at his cell # 586-269-9500, tell this dummy what happened. He gives me his workers number and tell me to call him and ask him about it. I knew that this pompous coward that wouldn't take the lead and do the right thing when 2 ex cons vandalize a neighbors home, I knew to keep everything for evidence. So I called Joshua Warren, and at first this jerk played like he didn't know what I was talking about. Then I told him that Man, I saw you on the video on Mr. georgia's camera, you are going back to prison. Joshua warren told me, Please dont go to the cops and work something out with Mr. george and that coward hung up the phone and never answered phone or came back to work. I rely this info to mrs. nick george. This bastard started ducking my calls so I had to make an 2nd number on my phone with the Sideline App, and was given the number 601-871-0645 . Records will reflect me txting mrs. george from 2 phones. I started calling mr. george there, and he asked me if anyone had been to my house? I said No, what you Mean? He hung up the phone so I texted him as records will show, mr. george's responses. I emailed Karen at karen@ezpaycorp.com !

On October 7th at 10:37am, I was pulled over by 2 Grand Blanc Township Police Cars while leaving my home by Special Drug Agent Cop Ryhs he said. I asked him why he was pulling me over, and he said he was holding me for Officer Brady Harner. 10 minutes later he pull up on a motorcycle, and walk up to my car, and tell me to GET OUT" I said, why am I seeing you? And why are you pulling me over?  Officer rhys came toward me like put my hands behind my back and I said NO, tell me why you holding me. Ryhs & Harner look at one another and saw, We have a compliant filed against you for being a Major Marijuana Dealer.. I handed Officer Harner my Valid Michigan MMP card, then my drivers Lincense. I got FURIOUS!!! He looked them both over and showed them to Special Drug Cop Ryhs,I knew at that point that Mr. george had called in his Grand Blanc Township Cop friends to intimidate me, and possibly kill me. So I knew I was at their mercy because It was not a Legal Traffic. Nor Routine. Harner asked if I know who would file a report on me like that & I said yeah, that BITCH mr. george you working for. Officer Harner smiled and said, Yeah, he's the one who filed one on you. So I keep asking for Officer Harner to present me with the paperwork of what mrs. george said and he ignored me. I kept asking Officer Harner  why I was being pulled over, illegaly detained, and he kept saying, I'll get you a copy later. I told Officer Harner, have you pulled over Mrs. george's 2 workers? They are the bastards you should be pulling over. I can tell by the looks Special Drug Cop Ryhs & Officer Harner kept giving each other that this "routine" stop didn't lay down how they planned it at Mr. george's office & orders. These cops "stop by' mr. george's business often. During this Illegal stop Officer Harner told Ryhs talking to him low that, We cant do anything to the nigger. He got his MMP card, He know some of his rights, we got to let him go. There are too many witnesses. He was speaking of the all the cars passing by where Grand Blanc Township Police had me illegally pulled over for NO REASON. Officer Ryhs refused to give me a card with anything with his name and number on it. Brady Harner wrote down his email for me to send him the email that I sent mrs. george secretary Karen. And I did. They let me go and I immediately texted Mrs. George because I knew this wealthly, privileged prick had gotten American Terrorists aka Crooked cops involved to protect his 2 crackhead workers that admitted to me that they vandalized my home.So at 12:15pm I texted Mrs. george and said: I was just pulled over by Grand Blanc Township Police. Glad I had that email that I sent your secretary Karen.. LOL

Mrs. George texted back at 12:14pm and said None on part who filed it?? end qoute
That response proved he did it, and was in on the conspiracy, because Officer Harner admitted to me that Mr. George DID in fact file somethingon me, but he made sure not to give me a copy. Mr. Harner showed no interest in the TRUTH that mr. george's workers vandalized my home, and that Joshua Warren

admitted he & his brother in law broke into my backyard and vandalized my property-when I told him that I watched them do it in mr. georges office on his surveillance camera. I ask the court to have a surveillance video expert do a search of Mr. george's office to search his video camera camera footage. mr. george is just as lowly & trashy as his workers, *I'm sure he deleted it with his cop friends instruction.*  I asked Officers, Ryhs, Harner, Det Whittey & Chief of Police for a restraining order against Mr. george's workers the same day I was pulled over by them, and after they read the state of fact of what they did. The Grand Blanc Township Police NEVER issued them to me, because THEY INTENDED to NEVER ARREST mr. george's workers- which again is a violation of state & federal law by Tampering with Evidence- as the Grand Blanc Township Police started doing from Day one in this case, on behalf of mrs. george & his 2 workers. That again is violating state & federal laws. The cops in this matter were in uniform during business hours as their emails & telephone call logs will show.  Please read Exhibit A in it's entirety.

## A.  Statement of Events:

from:      Delmond Marshall <810mmg@gmail.com>

to:        Delmond Marshall <810mmg@gmail.com>,
           karen@ezpaycorp.com

date:      Fri, Oct 7, 2016 at 11:03 AM

subject:   Criminal Complaint againt the 2 workers of George Properties- MSP & Grand Blanc Police Depart

           gmail.comCriminal Complaint againt the 2 workers of George Properties- MSP & Grand Blanc Police Depart
           Inbox x

mailed-    **Delmond Marshall <810mmg@gmail.com>**                                            10/7/16
by:
           to karen

           Hello Karen, this is the statement of fact from the Sept 23rd robbery of my home! lol Please let Mr. George know I'm filing this Sunday with a family friend thats a State Trooper in Flint, then I'll file it in Grand Blanc on Monday. This should get the guilty parties attention I hope. I know its unfortunate but thanks again..

On Sept 23rd 2016, between the times of 8:15am & 9:45am, , Joshua last name unknown, and his brother In Law that are employees of George Properties and other co-conspirators, did a Breaking & Entering at our residence 4146 McCandlish Road.in Grand Blanc. I don't know their last names, so I will need copies of their Michigan ID cards so I can file a restaining order on the pair As Soon As Possible. They came on our property without permission- which is Trespassing. and they came onto our property UNWANTED, they opened our SECURED GATE and entered our backyard without permission, and stole 2 power tools out of my shed that wasnt locked  & vandalized my gardens by pulling up 8 preHarvest CBD Cannabis plants that I am legally growing with my MMMP card from the state of Michigan. I'm allowed to have 12 total, and I had 8 plants outside. The Michigan Dispensary value of my 8 plants is $3,800 Dollars, and 2 band saws valued at $1,000.00.I was home sleep and heard my patio door shake, but I laid back down, I get up and went outside.I noticed patio door cracked open & knew the sound I heard was indeed Mr. George's guys tried to break into my home. Oddly enough, I'm a photographer, so I have hundreds of pictures showing what was in my back yard, and what Mr. George's workers stole.

        I noticed all of my plants had been pulled up & trampled, so i ran to my gate and saw it was open. I walked unto Mr. George's property and noticed alot of the roots from my plants that Mr. George's workers had to rip off the bottom of the plants on Mr. George's property & in the dumpster area of Mr. George's property. I immediately entered the George Properties building and told his secretary Karen what had happened. She came outside with me to my yard briefly, and to the area where this idiots left all of the evidence of their crime. She also told me that Joshua had "issues" and couldn't drive, and that his girlfriend or his brother In Law drives him to work.  Karen got a black trash bag & we preceded to pick up the evidence. I took pics to timestamp this event. I went home & returned to George's properties and asked Karen to have Mr. George call me. His first to me came at 11;29am on September 23rd. He asked me what happened & I told him. Mr. George instructed me he was in Florida on business.I told him about his 3 to 4 workers that I noticed peeking through the first at my plants, so I moved a few of my plants in doors because the workers of Mr. George looked very suspicious to me. I'd see them all times of the night after the George Property building has closed. Mr. George told me that they only work until 5pm and he was unsure/ had no idea why his workers would be on his property at the dumpster area after hours. Ironically, none of the workers have been back to work since September 23rd. Mr. George assured me "if his guys did this that he was going

to fire them for violating my neighbors home". Well we now know that they were casing my home from Mr. George's property to rob it.Mr. George told me that he has a camera on his property and finding which one of his guys that did it wouldn't be an issue for him to pull it up when he returns. Mr. George gave my cell number to Joshua- his worker to talk to me about the crimes he and his brother in law committed at my residence. Mr. George told me this guy is troubled about was trying to help him. He said Joshua has DUI's, substance abuse issues, etc. His  number is 810-336-1592. He called me & tried to act like he didnt know what I was talking about. When I told him that the entire crime that they did was recorded by Mr. George's cameras at the dumpster was going to show who all was involved, thats when he told me, I think my brother in law did it. I don't want to lose my job. Are you pressing charges, etc, When I told Joshua that I know you've been in trouble, these charges is going to put you and your brother in law in jail a long time, he said dont go to the police, Please and he hung up the phone.

The reason I waited 2 weeks before filing a compliant  is because from talking to Mr. George, he said that he was "going to be a good neighbors to each other & work this out ourselves". I'm sure as successful as Mr. George is, I'm sure he has Workers Comp Insurance or Workers bonding insurance to cover acts like this.  to us, like we've been to him". So I thought when Mr. George returned, that he & his 2 workers would 1. come back to my home & apologize to me & my family for their "Crack addict" move of Breaking & Entering our home, Stealing 2 power tools & medicinal Marijuana plants. For speaking to Mr. George, I know that they both have priors, and these crimes would be enough to put them in prison for 3 to 10 years. 2. reimburse me in cash 3,800 dollars for the the 8 pre-harvest CBD plants & 870 for the two power tools they stole making that a 4,870.00 in total, and I'd get 2 minutes to fight each of them for their illicit transgressions on my property, we all shake hands and be done with it, like men. I'm sure if Joshua & his brother in law had the choice of Confessing their illicit, illegal acts against me and our property, paying me 4,870 dollars in cash, getting their ass kicked and being done with this sounds a whole hell of alot better than them with prior convictions facing a Breaking & Entering, Trespassing, Vandalism & Burglary charges. Again I wish that it didn't come to this level. I'm a man and would've rather we handle this as men, but that option wasn't taken seriously, so this is my only means.  I even printed up the Charges they'll be facing with priors so they can think about whether they want to face the courts or face Mr. George, ME and my family with 4,870 dollars to cover their damages, and we'd be done with this. Or we can go this route. At this [point, I do not have a perference either way. All I know is, I KNOW I cant go to ANY of my Neighbors homes & or businesses and vandalize, steal their property and NOT  expect NOTHING to happen to me. expect not to either pay for the damages & or go to jail for it. Time for Joshua and his brother in law to LEARN this- one way or another. I ask the Grand Blanc  police to obtain Mr. George's camera footage at his dumpster for September 21st 2016 to Sept 23rd 2016 to see Mr. George's workers in action committing the above listed crimes on the above listed day. Thank you  Sincerely, Delmond Marshall (see attachments for entire print out of email.)

Unknown to me, Mr. george had contacted  his crooked cop friends on the Grand Blanc Police  police Department & told them to cover for his guys that did the crime. Right here is where  mr. george  & Grand Blanc Township Police Officers Rhys, Offficers Brady Harner, Detective Jason Whittey, Sgt. Fuerguson, & even the Chief of Police Ron Wiles are guilty of violating **federal offense 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States by agreeing to Illegally violate a persons human & or civil rights by intimidation.**

Please note I was Illegally pulled over by Grand Blanc Township Police Department on October 7th, 2016. I emailed Harner the Statement of Facts on October 7th, 2016. My case wasnt turned over to a Detective until Wed, Oct 19, 2016

Proof: My email records can prove that after I got off the phone with Detective Whittey, he sent me a TEST email...on

**Exhibit B** Wed, Oct 19, 2016 at 1:47 PM twp.grand-blanc.mi.usfrom:Whittey, Jason <Whittey@twp.grand-blanc.mi.us> to:"810mmg@gmail.com" <810mmg@gmail.com>

| | |
|---|---|
| from: | Whittey, Jason <Whittey@twp.grand-blanc.mi.us> |
| to: | "810mmg@gmail.com" <810mmg@gmail.com> |
| date: | Wed, Oct 19, 2016 at 1:47 PM |

subject:    test

mailed-by:    twp.grand-blanc.mi.us

date:Wed, Oct 19, 2016 at 1:47 PMsubject:testmailed-by:twp.grand-blanc.mi.us

I had to email my statement of Fact again, because Det. Whittey didnt have it. Everytime I spoke to Det. Whittey, he tells me how he just finished talking to Mr. George, his girlfriend. Det. Whittey showed me that he was coached in well on the conspiracy by Officer Hamer & Mr. george because he NEVER met me, and everytime we talked it was him making excuses about why Mr. george's 2 workers wasn't arrested & that all the evidence was gone. Its just my word against mr. george's and mr. george was going to win. I asked Det. Whittey about the videotape of mr. george's and he told me, they couldn't retrieve it, since so much time passed. I asked him for the copy of the Report that American Terrorist to the US Constitution Grand Blanc Township Officer Brady Hamer said he had to pull me over, and he said, he would get it to me. He NEVER DID.

**Exhibit C- please review review tha arrogant, classless tone of Det. Whittey, with the First of all like his bitch ass was talking to a child.. and not a home owner who's home was vandalized... That like me know he was part of the "Good Ol'e Boy" racist klan so. I have no rights or reason to question the great job he was doing.**

**Exhibit D January 5th, 2017- I emailed Chief of Police ron wiles**
Set up a meeting with you concerning Compliant 16-4333 to Chief of Police Ron Wiles
Delmond Marshall
Grand Blanc, Michigan
48439

                          Happy New Year Chief of Police Ron Wiles ,
I'm Delmond Marshall, I reside at the address above. I've called three times leaving a vm with you. I need to speak with you & the Grand Blanc DA about my Compliant 16-4333 on the workers of Dick George. I'm upset at how he could file a bogus police report on me, and Grand Grand police is out at my home while I'm gone & I get pulled over and questioned about it the very next day on a Lie.  Yet, I've only had 1 phone call with the officer on my compliant which is the actual truth in the matter. And for the George guy to tell me that," He runs  Grand Blanc police" and that "Grand Blanc Police wont do anything because of who he is" in this matter has robbed me the wrong way, because it seems to be working out the way that he said. I'm not happy about it. I was home sleep the day his 2 creeps robbed me. Things out of my neighbors back yard has came up missing in the past, and I had no idea who it was stealing it. But after talking to the George guy on the phone and he's telling me how much of junkies they are and how they steal from him at his condos and his other buildings in Florida & Colorado- it must've been them. George filed a bogus report to aide and concern
and cover the acts of his guys that tried to break into my home.  Isn't that against the law in Grand Blanc? Mr. George got instant response from the Grand Blanc Police lying to your men, I tell the truth and I'm still waiting 3 in a half months later. So I've spoken with friends of mine about this, and they both want to take the case. Why should I have to file a racial discrimination and a  Civil rights lawsuit because the law only works for wealthy white men in Grand Blanc, and not for a Black man thats not rich that live in Grand Blanc I'm starting to see this as being economic and racial bias at work. A laywer friend joked that this situation be be the most interesting case on Law & Order ou and the Grand Blanc DA about this matter as a citizen of Grand Blanc. I'd like you all to talk to my family and kids and explain to them how this is right, because i can't. I teach my son don't you ever steal from him, because you'll go to jail. He asks me, Dad what arent the guys that tried to break into our house in jail then? That's a great question that I can't answer. Like I told Det. Whittey in email (He only speaks to me by email- he talks to Mr. George on the phone even though,
Det. Whittey told me that. And he also told me it would be hard getting a conviction because it would send them back to jail. That let me know right then to prepare for a legal battle because I'm not letting this go. I've forwarded all emails and text messages and recordings to legal on this matter because it's time to get it squared away. I wish Sgt. Rehys & Officer Hainer could have stayed over my case because they were thoroughly pissed off after alot of questioning that I wasnt the one in the wrong. That it was the "Lying Ass' that filed the bogus compliant. Below  is a copy of the statement of event in my Compliant of mrs Georges workers.  My cell number is above, its 702-x×@-×@@. I'm hoping we can speak soon and arrange a meeting. Thanks for your time  and I hope we can resolve this matter promptly. Hope to hear from you soon Chief Wiles,Delmond Marshall

grand Blanc Township Police Head Ron called after I sent the email and tried to calm me down and tell me "his guys were on it". I asked him to put someone new on the case because Detective Whittey doesn't seem intelligent enough to be a Police officer from my interactions with him. Ron got mad and told h=me he took offense to me thinking that his men was part of a conspiracy as I explained it to him. Again I ask for a restraining order on mrs. george's 2 workers, and again Chief Ron hurried and got off of the phone. He's a coward to me as well. for going along with the conspiracy that Officer Hamer had started with the instruction of mr. george and everyone in the Grand Blanc Township Police Department I've spoken with showed to be in on it & part of the cover up.

**Ex. E On January 13th, 2017 Enters Sgt. Marcus Ferguson-**

# email

Inbox x

Ferguson, Marcus <Ferguson@twp.grand-blanc.mi.us>                                    Jan 13

to me

Here is my email.......



Delmond Marshall <810mmg@gmail.com>                                                    Jan 13

to Marcus

Got it. I sent you the email with pics.. please call me after you review and speak with Secretary Karen.

8/10/2017    Gmail – United States District Court For the Eastern District of Michigan Compliant Lawsuit against Nick george, owner of Nick George propertie...

Case 2:17-cv-12700-GAD-RSW   ECF No. 1, PageID.5   Filed 08/11/17   Page 5 of 31

On Jan 13, 2017 10:04 AM, "Ferguson, Marcus" <Ferguson@twp.grand-blanc.mi.us> wrote:

Here is my email.......

Ex. F

# Printout of My compliant/ DA name and number

Inbox x



**Delmond Marshall** <810mmg@gmail.com>

Jan 31

to Marcus

Hello Sgt. Ferguson,
Good day. It's Delmond Marshall of 4146 McCandalish Road.   I've been waiting to pick up a copy of my Compliant 16-4333 with the printouts I sent on the email from the Police Department. And I need the DA's name that has my case so I can speak with them about it so I can know whats going on. let me when I can pick up the printouts. Thanks again,
Delmond M.

**Ferguson, Marcus** <Ferguson@twp.grand-blanc.mi.us>

Feb 2

to me

The report is at the front desk. The prosecutor is Bill Delzer 810-603-1000

Sent from my iPhone



**Delmond Marshall** <810mmg@gmail.com>

Feb 2

to Marcus

thanks Sgt Ferguson. I will pick it up shortly.

**I was not given a copy of the reason I was pulled over back on October 7th, 2016 until Feb. 2nd, 2017..**
I drove to Grand Blanc Township Police Department on Saginaw. I was met by an ugly, rude older woman who asked me, Why was I there? I told her (with my eyes semi-closed) that I'm here to see Sgt. marcus and Pick up a report. I sat down thinking sgt would show his face. He didn't. Ugly, rude lady tapped on glass, told me I wouldn't be seeing Sgt. and gave me the  police report that Officer Brady Harner wrote up. I went to Gennesse Compassion Club and on my phone I googled the name and number that the  Sgt. of Grand Blanc Township Police Sgt. Marcus F, gave me. And Bill Delzer WAS NOT the Gennesse Prosecutor ( thats  Mr. David Leyton) but a grand Blanc Lawyer that owns the Elias Big Boy Burger Restaurant on Saginaw Street. Why would a Sgt. of the Police Department purposely send to the name & number of one of his high school friends? At that moment, I got scared as shit because I realized, I called the810-603-100  number and spoke to someone who said they were Bill Delzar. I told him my name & reason for calling. He asked if I'd be interested coming to the Elias Brothers restaurant after it closes to do drugs & party with him, some  sexy white girls, do drugs and talk this situation out. I acted like there was a connection issue with my phone & hung up!!! I got scared as shit! These men were trying to set me up to harm me in some way! I sat and thought about the fact that I was the ONLY BLACK person in this circle of Crooked Cops that are henchmen for the wealthy white Mr. george. I knew at that point in time my life was in jeopardy. Being a Black man in America, A police officer has the "unwritten right" to kill an unarmed Black man. That the cops would try to Kill me, to continue the cover up, right up a bogus report, and just let my heirs sue them for compensation in a wrongfully death suit. i saw the blood on the walls of what they where doing. Men, sworn to uphold the law, was premediatedly breaking the law, violating numerous state & federal laws.

*Special Drug Guy Officer Ryhs, Brady Harner, Detective Jason Whittey, Sgt. Fuerguson & Chief of Police Ron Wiles are need to be held accountable for their illicit behavior and actions while in uniform, because it violated several federal laws that they need to be indicted on. Such as the* **"Police Misconduct Provision"***This law makes it unlawful for State or local law enforcement officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States. (***42 U.S.C. § 14141).** *The types of conduct covered by this law can include, among other things, excessive force, discriminatory harassment, false arrests, coercive sexual conduct, and unlawful stops, searches or arrests. In order to be covered by this law, the misconduct must constitute a "pattern or practice" -- it may not simply be an isolated incident. The DOJ must be able to show in court that the agency has an unlawful policy or that the incidents constituted a pattern of unlawful conduct. However, unlike the other civil laws discussed below, DOJ does not have to show that discrimination has occurred in order to prove a pattern or practice of misconduct.*
**In this case, the conspiracy & cover up started the day I was ILLegally pulled by by Grand Blanc Township Police October 7th, 2016 & continues on to today.**
The DOJ will be able to see the pattern of the GB Township Police officers with their stall tactics, lack of concern, writing and filing bogus police reports- Which is a federal offense. Sgt. Feurguson lying to me saying that the Bill Delzar that own the Grand Blanc Elias Big Boy was the Prosecutor over my case proved to me those cowards had been in on the cover up from day one and was part of the conspiracy & it caused me harm & duress in my persute  of Justice promised to me by the US Constitution. The Grand Blanc Township Police is this case is guilty of **Title 18, U.S.C., Section 241 - Conspiracy Against Rights-**this statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same). It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder

his/her free exercise or enjoyment of any rights so secured. Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

The ENTIRE pull over was warrantless & they were trying to put me into an argument to where they could shot & kill me, and everything would've been ok with them. Look at how lawless these crooked cops i call American Terrorists of the United States Constitution, because they violated the very laws that are in place for citizens. Instead of the police showing NO BIASNESS & being fair & maintaining their goal to "Serve & Protect", these men decided to use their jobs as a public servent of the law to run a culvert operation that would deny me, a home owner justice by Tampering with evidence on behave & to free  of the 2 crackhead EX convict white workers of Mr. George of persecution of their crimes.  Imagine the horror I feel knowing White Cops  would actually TRY to COVER FOR 2 white Ex Con White boys that tried to break into my home!!!!! What that shows me is, those white boys dont have to respect my home, my locked gate or my life. These dirty, Grand Blanc Township Police officers I've dealt with in this case are home born, American Terrorists to the US Constitution. how lowdown is it of a so called police officer to Help White EX cons attempt burglarize homes???? I've lost All Faith in Mankind because of these crooked jerks that let me know that I must police my premises because these police officers CAN NOT BE TRUSTED.

The section continues with, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties.

These men were in Grand Blanc Township Police Department Uniform When they pulled me over, and the times on the emails sent show they sent sent during the 9 to 5 workday, in which, these crooked cops were in uniform.

they should be charged with a hate crimes because they used their guns, badges & uniform as well as their public trust to  "HIDE" the guilt of these 2 men because they are white. I ask you to open an investigation to everyone of color pulled over  by Grand Blanc Police over the past seven years. They may be missing, or living on a farm as slaves like in that "GET OUT" movie.  Simply put the Grand Blanc Township Police Officers that violated my Civil & Constitutional rights deserve to be in Federal prison with other Crooked cops. Crooked cops can be charged with obstructing a citizens rights by writing bogus police reports. For Example,

**Former Providence, Kentucky Police Officer is Charged With Civil Rights Violations and Obstruction- The Department of Justice announced that a former police officer with the Providence (Ky.) Police Department was charged Thursday, June 8, 2017, by federal grand jury indictment, with two counts of willfully violating the civil rights of an arrestee and one count of obstructing justice by filing a false report. The announcement was made by Acting Assistant Attorney General Thomas E. Wheeler, II, head of the Civil Rights Division, and U.S. Attorney John E. Kuhn, Jr., of the Western District of Kentucky.**

I ask the court to bring in US Acting Assistant Attorney General Thomas E. Wheeler II, head of the Civil Rights Division to come in and investigate the entire Grand Blanc Township Police Department for Racial Discrimination Cases. Grand Blanc, Michigan is 95% White, and I KNOW I CAN NOT be the only Black Man this department has severely violated. Every time I see a White police officer would a Black Man pulled over, they in handcuffs of getting put in handcuffs. I`d ask the US Civil Rights Division to look into EVERY Black person ever pulled over and or arrested by the  Grand Blanc Township Police Department. Any one that claimed racial discrimination or any other ilegality need to be reopened. I've watched Grand Blanc Township police, let drunk white kids call rides after they pull them them over drunk and high. A roach in the ashtray by Black Man will get him locked up in Grand Blanc. Is that fair? Is that Justice? Who is the say that mr. george, an obvious racist hasn't instructed his American Terrorists Cop friends to pull over Black People and "PLANT" evidence on them, and they did it? If there is even a hesitation to answering this question after finishing reviewing this brief, than it's only right that the Court open a federal investigation into  public corruption by not only the American born terrorists of the U S  constitution officers I've publicly named in this case, but other lowlifes like them on Grand blanc township police force that  put their individual baised bigotry over being fair in the eyes of the law when they are the law. According to federal civil rights law, thst is against the lsw! In America, according to the U S constitution, every man or woman  has every right to freedom of  religion, to worship God, a head of lettuce, the Devil or Satan, and as long as they do it peacefully, they are protected by the US constitution to do so. So a racist can be a nurse or Doctor, but they cannot deny a black person treatment at the DR because of their racistness. SO even if Mrs. George & the GB township police officers are Devil worshiping KKK members, that is their right. But they Cannot use their racism against in their duties as a sworn peacekeeper. Police for the most part do a fair job, but they are not always right in what they do when they are on or off duty. For instance, the late great, and misunderstood Tupac Skakur shot 2 off duty Atlanta Cops in Atlanta, Georgia. **Tupac was arrested on attempted murder charges, but all charges were dropped when it emerged that the policemen had been drinking and had initiated the incident, and when the prosecution's own witness testified that the gun one of the officers threatened Tupac with had been seized in a drug bust and then stolen from an evidence locker."** My point being, cops do illegal things while on duty to or towards black men.

**The Police Report- I'd like to start for the record that I have childhood friends & family  that are Police officers that I told about this situation. They all instructed me on how bad the Grand Blanc Township police violated my constitutional rights & the countless misconduct charges these men commited. I can handle questioning by the Court in this matter because I have zero to hide. Obviously, Mr. George & the cops in this chance have alot to hide. They tried their best to hide evidence.**

This Police report that Officer Brady Harner wrote up, and Detective Jason Whittey, Sgt. Mark and captain Ron Wiles signed off on and gave me was BOGUS. Reasons the Police Report Sgt. mark gave me is BOGUS.

**#1. All of the Grand Blanc Township Police Officers in this case PURPOSELY left out my Statement of Fact from October 7th, 2016! I emailed the same Statement of Fact to every Grand Township Police Officer I came in contact with, and ALL of them IGNORED my statement & never turned tha evidence into the real DA, who is David Leyton of the Genesee County Prosecutors office. So the police active in an ongoing investigation, PURPOSELY WITHHELD evidence, tampered with evidence to keep the guilty free.That is a violation of state & federal law.**

**#2. On bogus police report that Sgt. markus left for me,** American Terrorist Officer **Brady Harner** wrote that **I BELIEVE** Mr. george's workers vandalized my home.

**Please reread my Statement of Fact!** I never told that **cocksucker** Officer Harner that I BELIEVE they DID IT! I told Officer Harner, Ryhs, Det. Whittey , Sgt. mark & Chief of Police Ron that Joshua Warren TOLD ME HE DID IT! Why did American born Terrorist to the US Constitution LIE like that? Why did

Officer Harner write that Bold Face lie in his report? I will tell you why...

**Both of Mr. george's workers are Ex Con, recovering addicts. Running their correct name through the Michigan Otis system, it would've sent an alert to their STATE probation officers, because BOTH of mr. george's workers are felons. So mrs. george made sure to tell his American Terrorist cop friends to write in False information to keep the conspiracy going & keep his "Criminal workers" safe to go and break in other Black people homes so the Crooked Grand Blanc Township Police officers can run more culvert operations to make sure these bastrds NEVER have to face up for their crimes. The benefit of being White & all to break laws with the police officers consent. The American public need to know that while most cops are law abiding, fair and just to all that they come in contact with, their are jerks that disrespect & violate the Uniform for their own petty, racist reasons, like the American Terrorists Officer Ryhs, Harner, Det. Whittey, Sgt. Marcus & Chief Ron has shown to be in this matter.**

**#3, Joshua Warren's number on Police report is different than the one, dumb ass Mr. George first gave me. Again, this change in Telephone number was Mr. george instructed his American Terrorist Police friends to tamper with the facts to make sure his guys stay**

Case 2:21-cv-12700-GAD-RSW  ECF No. 1, PageID.7  Filed 08/19/19  Page 7 of 31

free.

**#4 There was NO MENTION of the video tape in Officer Harners report, he's a PUNK ass American Terrorist Cop.**

**#5** Officers Rhys, Officer Harner, nor Det.. Whittey, Sgt. marcus of Chief ron ever did the Restraining orders on Mr. George's 2 workers like I asked for. i can tell the court why they didn't do it. Giving me their names & writing up that report would've alerted their State Probation Officers. The Crooked Grand Blanc Police Officers had to protect the guilty, so they couldn't give me a restraining order, again violating my state & federal rights.

**#6** Isn't it strange thst mr. George called his corrupt COP friends on me, but he didn't give Grand Bland Township police his workers real names, just like he didn't give their names to me. Isnt that peculiar? Why is that? Thst is proof of favor & biasness by him... and followed by the cops.

*The fact that several top Grand Blanc Township Police officers signed off on this bogus police report proves they were in on the conspiracy to violate my human & civil rights. The very Definition of Conspiracy **conspiracy**;
a secret plan by a group to do something unlawful or harmful. By mr. george and the Grand Blanc Township Police in this case did was alot of things VERY UNLAWFUL, and very HARMFUL to me, and they must be brought up on charges for there illegal, and terroristic acts that they planned & executed against me in direct opposition to United States Constitutional Law.
July 15th, 2017, I sent the following letter to genessee County Prosecutor David Leyton,

**Greetings Gennesse County Prosecutor Mr. Leyton,**
  It's Delmond Marshall again. I waited to touch bases with you concerning the obstruction of justice charges that should be levied against the 5 Grand Blanc Township Police Officers that violated my Constitutional rights & continue to do so. I read the article about the 5 guys that did the home invasion in Flint recently. The article stated, you said that, "the facts in this case are everybody's worst nightmare & something nobody ever wants to face", end qoute. I totally agree with you on that Sir.  Let,s apply your words to my situation where I have 2 white boys that broke lock and gate to enter my backyard, stole plants and tools and tried to do a home invasion- and the police write fake names on police report to cover for them at the behest of rich white man Mr. Nick George,owner of Nick George properties 8313 Holly Rd, Grand Blanc, MI 48439 (810) 695-7500
I'm alerting you to this situation again. I've written Gennessee Sheriff Pickell about this matter as well. I'm sure these men are your friends from working, but they violated state & federal law and I want them indicted for it. I wanted to alert your office that I've contacted the US Department of Civil Rights about these gross civil & constitutional violations & the  police corruption tactics done to me by Grand Blanc Township Police Department , that has stressed out my family. Grand Blanc, Michigan is 95% White, and we are black, so I can't help but think what happened is racially motivated. I cant help but think the Feds need to launch an investigation into Mr. George and his connections to cops tohat would lie and cover for his ex con workers. And any minority pulled by Grand Blanc Township Police the last 5 years. If these men would purposely "LIE" writing my report, and trying to "Muscle me" to drop it and they KNOW his guys tried to break into my home, Ithey must be corrupt. If they found gdrugs on a black guy or female, who's to say that they didn't plant it, if they'd purposely try to "HIDE" evidence among themselves??? I mean this is a messy headline, 'Several Grand Blanc Township cops indicted for trying to cover the home burgalry of 2 ex cons that work for a friend of the Police Chief''.. These men searched my home unwarranted and they also wrote up a bogus police report trying to protect the 2 white ex cons that work for mr. goerge- all done in a conspiracy form, by men sworn to protect and upkeep the law fairly- which this men did not. I was illegalily pulled over and excessively questioned and basically told to drop my intent to press charges aginst Mr. georges men because Bill Delzar (who is NOT the prosector) said there wasnt enough evidence to indict. smh lol Sick of their bullshit, I contacted several branches of the FBI Public corruptions Unit, & recently the US Assistant General Mr. Perez trying to get help & assistance in this matter. Being that this men are still officers and have friends that are officers that can pull me over, storm my home and try to kill me and my family, what is the US Attorney prepared to day to protect my civil and Constitutional rights violated by the very people that is supposed to uphold and protect them? Because of this matter and issue, I need your office to clear me to legally have handguns again. I have a right to protect my life from terrorists- both foreign & domestic. Crooked cops in this matter, in my eyes, are American Terrorists" because cops can kill black men like me and it's ok (Minnesota) other places. SMH I'm a grandfather being treated like an 17 year old black dummy. My family and my parents worry about me driving home to Grand Blanc where those racist cops have a gun, uniform and badge and can pull me over. How would you feel if you were me? I've so fucking stressed out about this I don't know what to do. I've written Genessee Sheriff Pickell about this matter, and no response. I wrote Gennessee Prosecutor David Leytons office, and they called and werent to helpful, gave no no legal advice because they are friends with the cops involved in this case. Thats why I printed up everything and mailed it in to various FBI offices. Below is the letter that I sent on Friday to Grand Blanc Mayor, Police Chief Wiles & the Grand Cops involved in this matter. Please call me if you plan to assist ma citizen thats been violated by bribe taking police. Thanks aagin, and I hope to hear from you soon. Best Regards,
Delmond Marshall

**It's August 10th, 2017**, and I have NOT heard from Prosecutor Mr. Leyton. He has strong words when Black guys do wrong, but he has no words for me about the American Terrorist cops or the 2 white guys the Grand Blanc Cops is protecting. Not hearing back from Mr. Leyton or Sheriff Pickel show's me that they are ok with Crooked cops doing whatever they want.
1. These Grand Blanc cops are guilty of **Discrimination**. Discrimination is  the unjust or prejudicial treatment of different categories of people or things, especially on the grounds of race, age, or sex.It's plan to see that all these men violated my rights because I'm Moorish American, Black, and that is against the law. This ordeal has me suffering from Severe emotional distress is  emotional distress of such substantial quantity or enduring quality that no reasonable person in a civilized society should be expected to endure it.
What American citizen has to deal with American Terrorist Crooked Cops trying to cover for 2 Ex cons trying to break into someone's house. What the Grand Blanc Township Police did to me violates all morales of Decency & class that I once knew. This situation has caused me severe Migraines due to the Extreme & outrageous conduct of Grand Blanc Township Police & Mr. george bitch ass. I have to leave home early, stay gone and shoot home to make sure there's no crosses burning in my yard. Or my house on fire. My kids or grandkids killed. I can't call on the cops where I live because they the ones I've had to deal with  are crooked.
The Federal courts have ruled that Police officers are liable if their actions or officer's conduct was outrageous & done with the virtual certainty that emotional distress or unwarranted pain or discomfort would result from it, and the Police officers are liable. **Thomas Vs. Fredrick, 766 F.Supp. 540 (W.D. LA.1991)**
The Grand Blanc Township Police officers RYhs, Officer Harner, Det. Whittey, Sgt. Fuerguson & Chief Ron are all guilty of illegal, outrageous actions against me & my property. i'm shown that the Officers in this case actions were Premediatated, extreme & outrageous acts while in Police Uniform and therefore makes the city of Grand Blanc by which they are employed by, liable for the illegal, illcit actions of the cops named in this compliant/Lawsuit. Police Conduct is extreme & outrageous when it goes beyond all possible bounds of decency: it is behavior that society won't tolerate.
 Since this bullshit  Mr. George & the American teom Terrorist cops has done to me, I am leery of GB township police cars. I Cringe when I see any of them bc they remind me how corrupt cops can be, and it goes unchecked. This is the double sets of rules that BM always said existed but can't prove bc of how other crooked cops cover for other crooked cops and the truth gets lost in tampered, bogus police reports written by lawless, classless, men. I'd love to question these American Terrorists, these "bitches with badges in a court of law. I hope for a jury trial so the American public can see how unjust, demonic, crooked,  lawless & doers  of evil against the United States Constitution and a discredit to every great cop that ever put on a uniform. I'd enjoy calling Gennessee Prosecutor as a witness to help jurors understand the law, and what cops can & can not do, according to the law as he enforces it. This would be a great case to show the American Public what White Privilege looks like. By definition,White privilege (or white skin privilege) is a term for societal privileges that benefit people identified as white in Western countries, beyond what is commonly experienced by non-white people under the same social, political, or economic circumstances. Academic perspectives such as critical race theory and whiteness studies use the concept of "white privilege" to analyze how racism and racialized societies affect the lives of white or white-skinned people. The effects can be seen in professional, educational,

and personal contexts. The concept of white privilege also implies the right to assume the universality of one's own experiences, marking others as different or exceptional while perceiving oneself as normal.[2][3] and quote.

These men of the so called law violated my Civil, Constitutional & Human rights by their illicit actions against the law that they are sworn to uphold. These so called men proved that they are bigots & corrupt and racist, and their actions warrant all of them to be charged with hate crimes for their conspiratorial, evil, evidence tampering, gross obstruction of Justice

Because the cops where I live is crooked & lawless, I'm asking the Federal Court to REINSTATE my right to legally carry handguns again As Soon As Possible, due to the racial ignorance of the crooked American Terrorist cops that work where I live. In light of the evidence in this complaint-lawsuit, I ask the Court to call me on this issue upon receiving this motion. Grand Blanc Township Police Officers involved in this case need to be reported for POLICE CORRUPTION & Federal Civil Rights Violations to the US Department of Justice Civil Rights & Hate Crimes division for their gross violations. There need to be an internal affairs investigation into Chief of Police Ron Wiles & his connection to mr. nick george. If Mr. George is contributing to Mr. Wiles campaigns for White Privelage benefits he's been able to enjoy thus far, then that is a violation of FBI Public Corruptions memorandum & needs to look into further.

Lastly, For all the reasons listed in this lawsuit, I, Delmond Marshall,including in this motion is a lawsuit where I am suing the city of Grand Blanc, Michigan, the Grand Blanc Police Department, mr. nick george, his 2 workers, & Special Cop Rhys, Officer Harner, Det. Whitley, Sgt. Marcus & Chief of Police Ron Wiles for 27 Million Dollars. Since mr. George is the ringleader of the conspiracy, I ask the federal courts to make his business & his estate be 37% responsible for whatever settlement I obtain, the city of GB 43%, the cops as a collective 20% each if found negligent of violating my rights in this case. I ask the court to allow my legal counsel once I decide on an attorney to represent me in this matter. I'm sure a seasoned lawyer could take the evidence & facts in this case and do a much better job then I to convince the court how heinous and evil these so called men are in this case. I thank this court for the opportunity to present clear, evidence of wrongdoing by police in a planned culvert unit and thus makes the city of Grand Blanc & the Grand Blanc Police Department as a whole negligent & therefore liable for the damages & harm they have caused my family and now they have to pay for it, I look for to speaking to a Judge about my Gun rights being reinstated. I thank the court for it's time & look forward to a response from the American Terrorists of Grand Blanc Township Police. And for the record, I must admit to the court that I looked at the evidence, a little case law, and typed this entire motion to sue these evil, crooked men for their conspiracy filled assault on the US Constitution while legally medicating thanks to my Michigan MMP card with Permafrost strain. One of the 8 those two crackheads that work for Mr. george and protected by the police stole out of my yard after they broke into my backyard. lol, Cannabis is a great stimulant me for organizing my thoughts. My gate still hang off the hinges how those trailer trash workers of mr. george left it. I cant wait to meet All of these American terrorists in a real court of law. I ask the court to understand why I only sent in 3 copies of everthing for this lawsuit. I sent one for the court, one for mrs. george, and one for all of the crooked cops to use together. Thank you

Delmond Marshall _____ August 10th 2017

Aug 10th, 2017



**Gmail**        Delmond Marshall <810mmg@gmail.com>

*Exhibit #A*

## Criminal Complaint againt the 2 workers of George Properties- MSP & Grand Blanc Police Depart

Delmond Marshall <810mmg@gmail.com>        Fri, Oct 7, 2016 at 11:03 AM
To: Delmond Marshall <810mmg@gmail.com>, karen@ezpaycorp.com *← This belongs to Mrs. Georges Sect. Karen?*

Hello Karen, this is the statement of fact from the Sept 23rd robbery of my home! lol Please let Mr. George know I'm filing this Sunday with a family friend thats a State Trooper in Flint, then I'll file it in Grand Blanc on Monday. This should get the guilty parties attention I hope. I know its unfortunate but thanks again..

         Statement of Events:
         On Sept 23rd 2016, between the times of 8:15am & 9:45am, , Joshua last name unknown, and his brother In Law that are employees of George Properties and other co-conspirators, did a Breaking & Entering at our residence 4146 McCandlish Road.in Grand Blanc. I don't know their last names, so I will need copies of their Michigan ID cards so I can file a restaining order on the pair As Soon As Possible. They came on our property without permission- which is Trespassing. and they came onto our property UNWANTED, they opened our SECURED GATE & entered our backyard without permission, and stole 2 power tools out of my shed that wasnt locked & vandalized my gardens by pulling up 8 preHarvest CBD Cannabis plants that I am legally growing with my MMMP card from the state of Michigan. I'm allowed to have 12 total, and I had 8 plants outside. The Michigan Dispensary value of my 8 plants is $3,800 Dollars, and 2 band saws valued at $1,000.00.I was home sleep and heard my patio door shake, but i laid back down, I get up and went outside.I noticed patio door cracked open & knew the sound I heard was indeed Mr. George's guys tried to break into my home. Oddly enough, I'm a photographer, so I have hundreds of pictures showing what was in my back yard, and what Mr. George's workers stole.
         I noticed all of my plants had been pulled up & trampled, so i ran to my gate and saw it was open. I walked unto Mr. George's property and noticed alot of the roots from my plants that Mr. George's workers had to rip off the bottom of the plants on Mr. George's property & in the dumpster area of Mr. George's property. I immediately entered the George Properties building and told his secretary Karen what had happened. She came outside with me to my yard briefly, and to the area where this idiots left all of the evidence of their crime. She also told me that Joshua had "issues" and couldn't drive, and that his girlfriend or his brother in Law drives him to work. Karen got a black trash bag & we preceded to pick up the evidence. I took pics to timestamp this event. I went home & returned to George's properties and asked Karen to have Mr. George call me. His first to me came at 11;29am on September 23rd. He asked me what happened & I told him. Mr. George instructed me he was in Florida on business.I told him about his 3 to 4 workers that I noticed peeking through the first at my plants, so I moved a few of my plants in doors because the workers of Mr. George looked very suspicious to me. I'd see them all times of the night after the George Property building has closed. Mr. George told me that they only work until 5pm and he was unsure/ had no idea why his workers would be on his property at the dumpster area after hours. Ironically, none of the workers have been back to work since September 23rd. Mr. George assured me "if his guys did this that he was going to fire them for violating his neighbors home". Well we now know that they were casing my home from Mr. George's property to rob it.Mr. George told me that he has a camera on my property and finding which one of his guys that did it wouldn't be an issue for him to pull it up when he returns. Mr. George gave my cell number to Joshua- his worker to talk to me about the crimes he and his brother in law committed at my residence. Mr. George told me this guy is troubled about was trying to help him. He said Joshua has DUI's, substance abuse issues, etc. His number is 810-336-1592. He called me & tried to act like he didnt know what I was talking about. When I told him that the entire crime that they did was recorded by Mr. George's cameras at the dumpster was going to show who all was involved, thats when he told me, I think my brother in law did it. I don't want to lose my job. Are you pressing charges, etc, When I told Joshua that I know you've been in trouble, these charges is going to put you and your brother in law in jail a long time, he said dont go to the police, Please and he hung up the phone.
         The reason I waited 2 weeks before filing a compliant is because from talking to Mr. George, he said that he was "going to be a good neighbors to each other & work this out ourselves". I'm sure as successful as Mr. George is, I'm sure he has Workers Comp Insurance or Workers bonding insurance to cover acts like this. to us, like we've been to him". So I thought when Mr. George returned, that he & his 2 workers would 1. come back to my home & apologize to me & my family for their "Crack addict" move of Breaking & Entering our home, Stealing 2 power tools & medicinal Marijuana plants. For speaking to Mr. George, I know that they both have priors, and these crimes would be enough to put them in prison for 3 to 10 years. 2. reimburse me in cash 3,800 dollars for the the 8 pre-harvest CBD plants & 870 for the two power tools they stole making that a 4,870.00 in total, and I'd get 2 minutes to fight each of them for their illicit transgressions on my property, we all shake hands and be done with it, like men. I'm sure if Joshua & his brother in law had the choice of Confessing their illicit, illegal acts against me and our property, paying me 4,870 dollars in cash, getting their ass kicked and being done with this sounds a whole hell of alot better than them with prior convictions facing a

Breaking & Entering, Trespassing, Vandalism & Burglary charges. Again I wish that it didn't come to this level. I'm a man and would've rather we handle this as men, but that option wasn't taken seriously, so this is my only means. I even printed up the Charges they'll be facing with priors so they can think about whether they want to face the courts or face Mr. George, ME and my family with 4,870 dollars to cover their damages, and we'd be done with this. Or we can go this route. At this [point, I do not have a perference either way. All I know is, I KNOW i cant go to ANY of my Neighbors homes & or businesses and vandalize, steal their property and NOT expect NOTHING to happen to me. expect not to either pay for the damages & or go to jail for it. Time for Joshua and his brother in law to LEARN this- one way or another. I ask the Grand Blanc  police to obtain Mr. George's camera footage at his dumpster for September 21st 2016 to Sept 23rd 2016 to see Mr. George's workers in action committing the above listed crimes on the above listed day. Thank you
 Sincerely, Delmond Marshall


# Michigan Misdemeanor Willful & Malicious Destruction Laws Michigan Breaking & Entering, Trespassing Laws

   *Going onto property without permission can result in charges for burglary or trespassing. For burglary, the prosecution must prove that the defendant entered into a building or structure without permission with the intent to commit a crime, often theft, inside. For example, a person who goes into a warehouse intending to steal office equipment has committed burglary. The intended crime does not have to occur for the person to be charged with burglary – it is enough that the defendant entered the building or structure with illicit intent. In many states, home invasion burglaries (burglaries of places where people live or sleep) are punished more severely than burglaries of other buildings.)*
*Trespassing is a less serious crime and is committed by going onto someone else's property without permission. For example, a person who goes into a neighbor's apartment without permission to take a nap has committed trespass. In some states, burglary is limited to entering a building with the intent to commit a felony (a crime punishable by state prison time) or theft inside. In these states, a person who goes into a building intending to commit a less serious crime, such as misdemeanor vandalism, could be charged with trespassing. Trespass of a building is often punished more severely than trespass of open land.*


# Michigan Misdemeanor Willful & Malicious Destruction Laws Michigan Breaking & Entering, Trespassing Laws

**If any of the following specifics apply to your case, you will facemisdemeanor charges and a maximum of one year in jail and fines of $2,000 or three times the value of the damage, whichever is greater:**

  1. **The value of damage is between $200 and $1,000, or**
  2. **If the value of damage is less than$200 and you have a prior conviction of this offense**

**If the value of damage is less than $200, you will be charged with amisdemeanor and face up to 93 days in jail and fines of up to $500 or three times the amount of damage, whichever is greater.**

**This chart should make things clearer: Please show Joshua This:**

| Cost of Property Damage | Prior Offenses | Charge | Penalty |
|---|---|---|---|
| > $20,0000 | 2 or more | Felony | Up to 10 Years in PrisonFines up to $15,000 (or 3x Damage) |
| $1000 > $20,000 | 1 or more | Felony | Up to 5 Years in PrisonFines up to $10,000 (or 3x Damage) |
| $200 > $1000 | any | Misdemeanor | Up to 1 Year in JailFines up to $2,000 (or 3x Damage) |
| under $200 | none | Misdemeanor | Up to 93 Days in JailFines up to $500 (or 3x Damage) |









Sept23rd, Mr. George's said of fence.





See the 2 holes? 2 of my plants were there. You see how close the patio door is? thy tried to pull it open.



Another Roots from my plant on Mr. George's property



Me & Mrs. Kathy on Mr. George's property picking up the Roots that Mr. Georges workers left. His workers used Mr. George's dumpster to destory my property and take what they did



# M Gmail

*Exhibit B*

Delmond Marshall <810mmg@gmail.com>

---

**test**
1 message

---

**Whittey, Jason** <Whittey@twp.grand-blanc.mi.us>      Wed, Oct 19, 2016 at 1:47 PM
To: "810mmg@gmail.com" <810mmg@gmail.com>


*Det. Jason Whittey*

*Grand Blanc Township Police*

*5405 S. Saginaw Street, Flint MI 48507*

*810-424-2611*

 Gmail      **Delmond Marshall <810mmg@gmail.com>**

---

## screenshots
1 message    *Exhibit # C*

---

**Delmond Marshall <810mmg@gmail.com>**          Thu, Aug 10, 2017 at 11:38 AM
To: Delmond Marshall <810mmg@gmail.com>



### Set up conference call for compliant-16-4333..   Inbox

 **Delmond Marshall**    12/19/2016
Great evening Happy Holidays Det. Whittey.
I need to set up a call time with ...

**Whittey, Jason**
to me
12/20/2016 View details

Mr. Marshall, first of all, Happy Holidays to you and your family. I am sorry that I have not been in contact with you more than I have been. I have been extremely busy and I was on call last week. I have not forgot about you but I have not given your complaint the time it deserves. Unfortunately I am forced to take my vacation time due to this being the end of the year. As soon as I return to work I will call you and we can set up a meeting. Rest assured I want to get this matter resolved for you as soon as possible. I take my work very seriously and want to do the best job I can do for you.

Det. Whittey

Sent from my iPhone

### compliant-16-4333.- We cant rest assured..   Add label

 **Delmond Marshall**
to Whittey
12/20/2016 View details

Gm Det. Whittey, thank you for responding. The family that live at 4146 McCandlish Road cant rest assured because we havent gotten any results. We want results like our lying ass business owner Dick George get from Grand Blanc Police Department. That Bastard call& file a bogus report, Grand Blanc police come out in force 2 days!!!!! I call the same Police Dept with legitimate concern and I've/We've been waiting 3 in half months now. I'm sure you havent gotten my case any time because your probably personal friends with the asshole Mr. George- the asshole that filed the bogus compliant on me. Never did I think when this started that it would be on the cusps of turning into a Civil lawsuit against all not taking my rights as a human first, and homeowner 2nd, and as a Michigan MMP cardholder licensed by the state of Michigan. I'm disappointed in Mr. George, and how this matter has been handled since I filed my compliant. Thanks,
DM

On Tue, Dec 20, 2016 at 9:40 AM, Whittey, Jason
<Whittey@twp.grand-blanc.mi.us> wrote:

  Gmail                                                    **Delmond Marshall <810mmg@gmail.com>**

*Exhibit #D*

## Set up a meeting with you concerning Compliant 16-4333 to Chief of Police Ron Wiles

**Delmond Marshall <810mmg@gmail.com>**                                    Thu, Jan 5, 2017 at 1:54 PM
To: wiles@twp.grand-blanc.mi.us

Delmond Marshall
4146 McCandalish Road
Grand Blanc, Michigan
48439
Tele: 702-465-8070

Happy New Year Chief of Police Ron Wiles ,
I'm Delmond Marshall, I reside at the address above. I've called three times leaving a vm with you. I need to speak with you & the Grand Blanc DA about my Compliant 16-4333 on the workers of Dick George. I'm upset at how he could file a bogus police report on me, and Grand Grand police is out at my home while I'm gone & I get pulled over and questioned about it the very next day on a Lie. Yet, I've only had 1 phone call with the officer on my compliant which is the actual truth in the matter. And for the George guy to tell me that," He runs  Grand Blanc police" and that "Grand Blanc Police wont do anything because of who he is" in this matter has rubbed me the wrong way, because it seems to be working out the way that he said. I'm not happy about it. I was home sleep the day his 2 creeps robbed me. Things out of my neighbors back yard has came up missing in the past, and I had no idea who it was stealing it. But after talking to the
 George guy on the phone and he's telling me how much of junkies they are and how they steal from him at his condos and his other buildings in Florida & Colorado- it must've been them. George filed a bogus report to aide and concern and cover the acts of his guys that tried to break into my home. Isn't that against the law in Grand Blanc? Mr. George got instant response from the Grand Blanc Police lying to your men, I tell the truth and I'm still waiting 3 in a half months later. So I've spoken with friends of mine about this, and they both want to take the case. Why should I have to file a racial discrimination and a  Civil rights lawsuit because the law only works for wealthy white men in Grand Blanc, and not for a Black man thats not rich that live in Grand Blanc
I'm starting to see this as being economic and racial bias at work. A laywer friend joked that this situation be be the most interesting case on Law & Order
 ou and the Grand Blanc DA about this matter as a citizen of Grand Blanc. I'd like you all to talk to my wife and kids and explain to them how this is right, because i can't. I teach my son don't you ever steal from anyone, because you'll go to jail. He asks me, Dad what arent the guys that tried to break into our house in jail then? That's a great question that I can't answer. Like I told Det. Whittey in email (He only speaks to me by email- he talks to Mr. George on the phone often though,
Det. Whittey told me that. And he also told me it would be hard getting a conviction because it would send them back to jail. That let me know right then to prepare for a legal battle because I'm not letting this go. I've forwarded all emails and text messages and recordings to legal on this matter because it's time to get it squared away.
I wish Sgt. Rehys & Officer Hainer could have stayed over my case because they were thoroughly pissed off after alot of questioning that I wasnt the one in the wrong. That it was the "Lying Ass' that filed the bogus compliant.
Below  is a copy of the statement of event in my Compliant of mrs Georges workers.  My cell number is above, its 702-465-8070. I'm hoping we can speak soon and arrange a meeting. Thanks for your time  and I hope we can resolve this matter promptly. Hope to hear from you soon Chief Wiles,

Delmond Marshall



 

## Set up conference call for compliant-16-4333.. Inbox



## compliant-16-4333.- We cant rest assured.. Add label



**Delmond Marshall**    12/19/2016
Great evening Happy Holidays Det. Whittey,
I need to set up a call time with ...



**Whittey, Jason**   
to me
12/20/2016 View details

Mr. Marshall, first of all, Happy Holidays to you and
your family. I am sorry that I have not been in
contact with you more than I have been. I have been
extremely busy and I was on call last week. I have
not forgot about you but I have not given your
complaint the time it deserves. Unfortunately I am
forced to take my vacation time due to this being the
end of the year. As soon as I return to work I will call
you and we can set up a meeting. Rest assured I
want to get this matter resolved for you as soon as
possible. I take my work very seriously and want to
do the best job I can do for you.

Det. Whittey

Sent from my iPhone

**Delmond Marshall**   
to Whittey
12/20/2016 View details

Gm Det. Whittey, thank you for responding. The
family that live at 4146 McCandlish Road cant rest
assured because we havent gotten any results. We
want results like our lying ass business owner Dick
George get from Grand Blanc Police Department.
That Bastard call& file a bogus report, Grand Blanc
police come out in force 2 days!!!!! I call the same
Police Dept with legitimate concern and I've/We've
been waiting 3 in half months now. I'm sure you
havent gotten my case any time because your
probably personal friends with the asshole Mr.
George- the shole that filed the bogus compliant
on me. Never did I think when this started that it
would be on the cusps of turning into a Civil lawsuit
against all not taking my rights as a human first, and
homeowner 2nd, and as a Michigan MMP cardholder
licensed by the state of Michigan. I'm disappointed
in Mr. George, and how this matter has been handled
since I filed my compliant. Thanks ,
DM

On Tue, Dec 20, 2016 at 9:40 AM, Whittey, Jason
<Whittey@twp.grand-blanc.mi.us> wrote:

---

Statement of Events:
       On Sept 23rd 2016, between the times of 8:15am & 9:45am, , Joshua last name unknown, and his brother In Law that are employees of George Properties and other co-conspirators, did a Breaking & Entering at our residence 4146 McCandlish Road.in Grand Blanc. I don't know their last names, so I will need copies of their Michigan ID cards so I can file a restaining order on the pair As Soon As Possible. They came on our property without permission- which is Trespassing. and they came onto our property UNWANTED, they opened our SECURED GATE and entered our backyard without permission, and stole 2 power tools out of my shed that wasnt locked & vandalized my gardens by pulling up 8 preHarvest CBD Cannabis plants that I am legally growing with my MMMP card from the state of Michigan. I'm allowed to have 12 total, and I had 8 plants outside. The Michigan Dispensary value of my 8 plants is $3,800 Dollars, and 2 band saws valued at $1,000.00.I was home sleep and heard my patio door shake, but i laid back down, I get up and went outside.I noticed patio door cracked open & knew the sound I heard was indeed Mr. George's guys tried to break into my home. Oddly enough, I'm a photographer, so I have hundreds of pictures showing what was in my back yard, and what Mr. George's workers stole.
       I noticed all of my plants had been pulled up & trampled, so i ran to my gate and saw it was open. I walked unto Mr. George's property and noticed alot of the roots from my plants that Mr. George's workers had to rip off the bottom of the plants on Mr. George's property & in the dumpster area of Mr. George's property. I immediately entered the George Properties building and told his secretary Karen what had happened. She came outside with me to my yard briefly, and to the area where this idiots left all of the evidence of their crime. She also told me that Joshua had "issues" and couldn't drive, and that his girlfriend or his brother in Law drives him to work. Karen got a black trash bag & we preceded to pick up the evidence. I took pics to timestamp this event. I went home & returned to George's properties and asked Karen to have Mr. George call me. His first to me came at 11;29am on September 23rd. He asked me what happened & I told him. Mr. George instructed me he was in Florida on business.I told him about his 3 to 4 workers that I noticed peeking through the first at my plants, so I moved a few of my plants in doors because the workers of Mr. George looked very suspicious to me. I'd see them all times of the night after the George Property building has closed. Mr. George told me that they only work until 5pm and he was unsure/ had no idea why his workers would be on his property at the dumpster area after hours. Ironically, none of the workers have been back to work since September 23rd. Mr. George assured me "if his guys did this that he was going to fire them for violating his neighbors home". Well we now know that they were casing my home from Mr. George's property to rob it.Mr. George told me that he has a camera on his property and finding which one of his guys that did it wouldn't be an issue for him to pull it up when he returns. Mr. George gave my cell number to Joshua- his worker to talk to me about the crimes he and his brother in law committed at my residence. Mr. George told me this guy is troubled about was trying to help him. He said Joshua has DUI's, substance abuse issues, etc. His number is 810-336-1592. He

called me & tried to act like he didnt know what I was talking about. When I told him that the entire crime that they did was recorded by Mr. George's cameras at the dumpster was going to show who all was involved, thats when he told me, I think my brother in law did it. I don't want to lose my job. Are you pressing charges, etc, When I told Joshua that I know you've been in trouble, these charges is going to put you and your brother in law in jail a long time, he said dont go to the police, Please and he hung up the phone.

       The reason I waited 2 weeks before filing a compliant is because from talking to Mr. George, he said that he was "going to be a good neighbors to each other & work this out ourselves". I'm sure as successful as Mr. George is, I'm sure he has Workers Comp Insurance or Workers bonding insurance to cover acts like this. to us, like we've been to him". So I thought when Mr. George returned, that he & his 2 workers would 1. come back to my home & apologize to me & my family for their "Crack addict" move of Breaking & Entering our home, Stealing 2 power tools & medicinal Marijuana plants. For speaking to Mr. George, I know that they both have priors, and these crimes would be enough to put them in prison for 3 to 10 years. 2. reimburse me in cash 3,800 dollars for the the 8 pre-harvest CBD plants & 870 for the two power tools they stole making that a 4,870.00 in total, and I'd get 2 minutes to fight each of them for their illicit transgressions on my property, we all shake hands and be done with it, like men. I'm sure if Joshua & his brother in law had the choice of Confessing their illicit, illegal acts against me and our property, paying me 4,870 dollars in cash, getting their ass kicked and being done with this sounds a whole hell of alot better than them with prior convictions facing a Breaking & Entering, Trespassing, Vandalism & Burglary charges. Again I wish that it didn't come to this level. I'm a man and would've rather we handle this as men, but that option wasn't taken seriously, so this is my only means. I even printed up the Charges they'll be facing with priors so they can think about whether they want to face the courts or face Mr. George, ME and my family with 4,870 dollars to cover their damages, and we'd be done with this. Or we can go this route. At this [point, I do not have a perference either way. All I know is, I KNOW i cant go to ANY of my Neighbors homes & or businesses and vandalize, steal their property and NOT expect NOTHING to happen to me. expect not to either pay for the damages & or go to jail for it. Time for Joshua and his brother in law to LEARN this- one way or another. I ask the Grand Blanc police to obtain Mr. George's camera footage at his dumpster for September 21st 2016 to Sept 23rd 2016 to see Mr. George's workers in action committing the above listed crimes on the above listed day. Thank you

Sincerely, Delmond Marshall

## Michigan Misdemeanor Willful & Malicious Destruction Laws Michigan Breaking & Entering, Trespassing Laws

    *Going onto property without permission can result in charges for burglary or trespassing. For burglary, the prosecution must prove that the defendant entered into a building or structure without permission with the intent to commit a crime, often theft, inside. For example, a person who goes into a warehouse intending to steal office equipment has committed burglary. The intended crime does not have to occur for the person to be charged with burglary – it is enough that the defendant entered the building or structure with illicit intent. In many states, home invasion burglaries (burglaries of places where people live or sleep) are punished more severely than burglaries of other buildings.)*
*Trespassing is a less serious crime and is committed by going onto someone else's property without permission. For example, a person who goes into a neighbor's apartment without permission to take a nap has committed trespass. In some states, burglary is limited to entering a building with the intent to commit a felony (a crime punishable by state prison time) or theft inside. In these states, a person who goes into a building intending to commit a less serious crime, such as misdemeanor vandalism, could be charged with trespassing. Trespass of a building is often punished more severely than trespass of open land.*

## Michigan Misdemeanor Willful & Malicious Destruction Laws Michigan Breaking & Entering, Trespassing Laws

**If any of the following specifics apply to your case, you will face misdemeanor charges and a maximum of one year in jail and fines of $2,000 or three times the value of the damage, whichever is greater:**

   1. **The value of damage is between $200 and $1,000, or**
   2. **If the value of damage is less than $200 and you have a prior conviction of this offense**

**If the value of the damage is less than $200, you will be charged with a misdemeanor and face up to 93 days in jail and fines of up to $500 or three times the amount of damage, whichever is greater.**

Gmail - email

M Gmail

Exhibit #E

Delmond Marshall <810mmg@gmail.com>

**email**
2 messages

**Ferguson, Marcus** <Ferguson@twp.grand-blanc.mi.us>
To: "810mmg@gmail.com" <810mmg@gmail.com>

Fri, Jan 13, 2017 at 10:03 AM

Here is my email…….

---

**Delmond Marshall** <810mmg@gmail.com>
To: "Ferguson, Marcus" <Ferguson@twp.grand-blanc.mi.us>

Fri, Jan 13, 2017 at 11:07 AM

Got it. I sent you the email with pics.. please call me after you review and speak with Secretary Karen.

On Jan 13, 2017 10:04 AM, "Ferguson, Marcus" <Ferguson@twp.grand-blanc.mi.us> wrote:

Here is my email…….

 Gmail

*Exhibit #F*

Delmond Marshall <810mmg@gmail.com>

---

## Printout of My compliant/ DA name and number
3 messages

---

**Delmond Marshall** <810mmg@gmail.com>                                  Tue, Jan 31, 2017 at 11:50 AM
To: "Ferguson, Marcus" <Ferguson@twp.grand-blanc.mi.us>

   Hello Sgt. Ferguson,
   Good day. It's Delmond Marshall of 4146 McCandalish Road.   I've been waiting to pick up a copy of my Compliant 16-
   4333 with the printouts I sent on the email from the Police Department. And I need the DA's name that has my case so I
   can speak with them about it so I can know whats going on. let me when I can pick up the printouts. Thanks again,
   Delmond M.

---

**Ferguson, Marcus** <Ferguson@twp.grand-blanc.mi.us>                    Thu, Feb 2, 2017 at 11:59 AM
To: Delmond Marshall <810mmg@gmail.com>

   The report is at the front desk. The prosecutor is Bill Delzer 810-603-1000

   Sent from my iPhone
   [Quoted text hidden]

---

**Delmond Marshall** <810mmg@gmail.com>                                  Thu, Feb 2, 2017 at 12:41 PM
To: "Ferguson, Marcus" <Ferguson@twp.grand-blanc.mi.us>

   thanks Sgt Ferguson. I will pick it up shortly.
   [Quoted text hidden]

---

**GRAND BLANC TWP POLICE DEPT**
CRIME REPORT

Report Date/Time: **10/7/2016 1:21:39 PM**

Case No.   1685204333
Report No. 1685204333.1
Case Status ACTIVE

**FILE CLASS/OFFENSE:**

2203 - 22001 - Burglary - Forced Entry - Non-Residence

2399 - 23007 - Larceny (Other)

**NATURE OF INCIDENT:**
22001/23007/BURGLARY/LARCENY/HARNER

**OCCURRED ON:**   9/23/2016 9:45:00 AM
**(and Between)**   9/23/2016 8:15:00 AM

**VENUE:**
12 - Grand Blanc Twp Genesee 4146 Mccandlish Rd

*Read this Report please!*
*Mr. Gorge Never gave*
*the Police his wallers*
*Information!*
*That's kind of*
*Buddy Buddy*
*Zsn + Zt.?*

**VICTIM:** V1              VICTIM OF

| VICTIM TYPE | | ALERT | | | | |
|---|---|---|---|---|---|---|
| NAM | Marshall, Delmond Eugene | AGE | | ETH | | OTHER ETHNICITY/NATIONAL ORIGIN |
| AKA | | DOB | | RAC | | BLACK |
| NBR/STR | | SSN | | SEX | | MALE |
| CSZ | | HGT | 6' 3" | OPS | | |
| TXH | | WGT | 225 | OPS State | | |
| TXW | | EYE | Brown | Injury | | |
| CELL | | HAI | Brown | Circumstances | | |

**INTERVIEW VICTIM:**

**SUSPECT:** S1

| NAM | WARREN, JEREMY RUSSEL | AGE | | ETH | | UNKNOWN |
|---|---|---|---|---|---|---|
| AKA | | DOB | | RAC | | UNKNOWN |
| NBR/STR | | SSN | | SEX | | MALE |
| CSZ | | HGT | 5' 8" | OPS | | |
| TXH | | WGT | 163 | OPS State | | |
| TXW | | EYE | Hazel | SMT | | |
| CELL | 810 394-6589 | HAI | Brown | ALERT | | |

**INTERVIEW SUSPECT:**

**SUSPECT:** S2

| NAM | Medrano, Aaron David | AGE | | ETH | | HISPANIC ORIGIN |
|---|---|---|---|---|---|---|
| AKA | | DOB | | RAC | | WHITE |
| NBR/STR | | SSN | | SEX | | MALE |
| CSZ | | HGT | 5' 5" | OPS | | |
| TXH | | WGT | 135 | OPS State | | |
| TXW | | EYE | Brown | SMT | | |
| CELL | | HAI | Brown | ALERT | | |

NetRMS_MSPCR.rtf v2f

Reporting Officer:  OFFICER BRADY HARNER

Page 1 of 3

Approved By:  SERGEANT MARCUS FERGUSON
Date Approved:  10/12/2016 2:26:22 PM

Printed: January 13, 2017 - 9:41 AM

**_ANC TWP POLICE**

_PORT

| | Report Date/Time: **10/7/2016 1:21:39 PM** | Case No.  1685204333<br>Report No. 1685204333.1<br>Case Status  ACTIVE |
|---|---|---|

**_ERVIEW SUSPECT:**

**OTHER ENTITY:** O1

| | | TYPE (COMPLAINANT) | Complainant | | |
|---|---|---|---|---|---|
| NAM | George, Nick S | AGE | | ETH | OTHER ETHNICITY/NATIONAL ORIGIN |
| _KA | | DOB | | RAC | WHITE |
| _NBR/STR | | SSN | | SEX | MALE |
| _SZ | | HGT | 5' 8" | OPS | |
| _XH | | WGT | 165 | OPS State | |
| _XW | | EYE | Blue | ALERT | |
| _ELL | | HAI | | | |

**_NTERVIEW OTHER ENTITY:**

*Grand Blanc Township Police couldn't find 2guys that's been in Michigan Prison Recently?? This is a lAWSUH !*

**_NARRATIVE:**

_On Thursday 10/6/16 I, Ofc. Harner received a message from Nick George of George Properties who was out of state.  He stated that he has an office at 8313 Holly Rd and that the neighbor at 4146 McCandlish Rd. is accusing his workers of stealing marijuana plants from the yard and power tools from a shed.  He advised that the neighbor's name is Delmond Marshall.  I went to the home with Sgt. Renye and there were no marijuana plants in the yard and the shed door was open.  There was nothing inside except fluorescent lights that are commonly used to grow marijuana.  When we knocked at the door we could smell the moderate odor of marijuana based on training and experience as police officers.  There was no answer at the door.  The following day at approximately 1105am Sgt. Renye observed a green Impala leave the home and he stopped it on Holly Rd.  The driver was identified as Delmond Marshall with his Michigan driver license and his medical marijuana caregiver card.

_I arrived on scene at approximately 1120am and spoke with Mr. Marshall.  He stated that he had been talking with Mr. George because he believes Mr. George's employees took his marijuana plants from his yard, and took power tools from his unlocked shed in the back yard.  He stated that he is missing a yellow DeWalt reciprocating saw and a red/black drill of an unknown make.  He did not have further information on these items.  He stated that this occurred on 9/23/16 between 815am and 945am.  He also stated that he was taking a nap with his grandbaby when he heard someone pulling on his sliding door during this time.  Later on he noticed his marijuana plants missing from the yard and the tools from the shed.  He stated that he was told that having the plants growing among corn and other plants to conceal it was secure enough since no one is allowed to be in his yard.  He was advised on the proper security of a grow operation.  Mr. Marshall stated that he suspects two men who do work for Mr. George at his office building because he has seen them looking through the trees and bushes at his property.  Mr. Marshall also stated that a yellow DeWalt reciprocating saw and a red drill of unknown make were taken from an unlocked shed in the back yard.  He stated that he found roots and dirt near the dumpster at the George Properties building and he contacted Mr. George's secretary who advised him there were cameras on the property and that the only information she gave him about the two workers is that one is named Joshua.  I made contact with Mr. George who advised me Joshua's last name is Warren.  He stated that "Josh" and another person who is possibly related named Aaron Medrano do odd jobs for him.  Both are white males believed to be in their late 20s.  He stated that the cameras do not record footage.

I tried to locate Mr. Warren in LEIN using the given information but I was unable.  Sgt. Renye located a Jeremy

| NetRMS_MSPCR.rtf v2f | Reporting Officer:  OFFICER BRADY HARNER |
|---|---|
| | Approved By:  SERGEANT MARCUS FERGUSON |

**GRAND BLANC TWP POLICE DEPT**
CRIME REPORT

Report Date/Time: **10/7/2016 1:21:39 PM**

Case No. 1685204333
Report No. 1685204333.1
Case Status ACTIVE

**FILE CLASS/OFFENSE:**

2203 - 22001 - Burglary - Forced Entry - Non-Residence

2399 - 23007 - Larceny (Other)

**NATURE OF INCIDENT:**
22001/23007/BURGLARY/LARCENY/HARNER

**OCCURRED ON:** 9/23/2016 9:45:00 AM
**(and Between)** 9/23/2016 8:15:00 AM

**VENUE:**
12 - Grand Blanc Twp Genesee 4146 Mccandlish Rd

*[Handwritten note: Read this Report please! Mr. Gorge Never gave the Police his wallers Information! That's kind of Buddy Buddy Zsn + Zt.?]*

**VICTIM:** V1      VICTIM OF

| VICTIM TYPE | | ALERT | | | |
|---|---|---|---|---|---|
| NAM | Marshall, Delmond Eugene | AGE | | ETH | OTHER ETHNICITY/NATIONAL ORIGIN |
| AKA | | DOB | | RAC | BLACK |
| NBR/STR | | SSN | | SEX | MALE |
| CSZ | | HGT | 6' 3" | OPS | |
| TXH | | WGT | 225 | OPS State | |
| TXW | | EYE | Brown | Injury | |
| CELL | | HAI | Brown | Circumstances | |

**INTERVIEW VICTIM:**

**SUSPECT:** S1

| NAM | WARREN, JEREMY RUSSEL | AGE | | ETH | UNKNOWN |
|---|---|---|---|---|---|
| AKA | | DOB | | RAC | UNKNOWN |
| NBR/STR | | SSN | | SEX | MALE |
| CSZ | | HGT | 5' 8" | OPS | |
| TXH | | WGT | 163 | OPS State | |
| TXW | | EYE | Hazel | SMT | |
| CELL | 810 394-6589 | HAI | Brown | ALERT | |

**INTERVIEW SUSPECT:**

**SUSPECT:** S2

| NAM | Medrano, Aaron David | AGE | | ETH | HISPANIC ORIGIN |
|---|---|---|---|---|---|
| AKA | | DOB | | RAC | WHITE |
| NBR/STR | | SSN | | SEX | MALE |
| CSZ | | HGT | 5' 5" | OPS | |
| TXH | | WGT | 135 | OPS State | |
| TXW | | EYE | Brown | SMT | |
| CELL | | HAI | Brown | ALERT | |

| NetRMS_MSPCR.rtf v2f | Reporting Officer: OFFICER BRADY HARNER | |
|---|---|---|
| Page 1 of 3 | Approved By: SERGEANT MARCUS FERGUSON<br>Date Approved: 10/12/2016 2:26:22 PM | Printed: January 13, 2017 - 9:41 AM |

 Gmail

Delmond Marshall <810mmg@gmail.com>

---

## addresses to federal court

1 message

---

**Delmond Marshall** <810mmg@gmail.com>          Thu, Aug 10, 2017 at 12:41 PM
To: Delmond Marshall <810mmg@gmail.com>

Federal Building and U.S Courthouse
600 Church Street
Flint, MI 48502
United States District Court Office of the Clerk 600 Church Street Room 140 Flint, MI 48502 (810) 341-7840



**Nick GEORGE**
+15862959500

20160902_162333.jpg

1:16 PM

Monday, September 26, 2016

Here is a little about me Mr. George, www.bodymindspiritguide.com/2016/09/02/flint-unity-farming-project-teaches-skills-creates-jobs-young-people/ http://www.alcorn.edu/news/item/index.aspx?LinkId=7270&ModuleId=72Thank

11:21 AM

Tuesday, September 27, 2016

Mr. George, I've talked to my brother, I know what I'll need to resolve this. I hope we can speak on it. If I may ask How long til you return to Michigan? You me and those guys must ALL speak face to face. I promise you, they will learn a lesson from it. 🐍😈

3:09 PM

---

**Nick GEORGE**
+15862959500

Friday, September 23, 2016

Hello, this is Delmond. Plz call me back as soon as you can

11:50 AM

Saturday, September 24, 2016

Mr. George, I spoke to my friend a state trooper about what happened. These are the charges right now are: Breaking & Entering (for entering closed gate)– a felony, then Felony theft over 4 thousand dollars– a Felony, & destruction of a home owners property over 4 grand– a felony, and transporting



View all         ›

Delmond Marshall

Hello Karen, they snatched up 8 pre harvest CBD strain plants & stole 2 power tools out of my storage shed. My wife wants police involved- I do not. Please convey these before robbery pictures to Mr. George. Thank you



Delmond Washell
4846 W Candalish Road
Grand Blanc, Michigan
48439

701b 35b0 0000 8048 18b5

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

701b 35b0 0000 8048 18b5

UNITED STATES
POSTAL SERVICE®

FOR Domestic Use Only

PRIORITY
MAIL

TRACKED
INSURED

Label 107R July 2013

RECEIVED
AUG 11 2017
U.S. DISTRICT COURT
FLINT, MICHIGAN

RETURN RECEIPT
REQUESTED

New Case

United States District Court
Office of the Clerk
600 Church Street
Room 140
Flint, Michigan
48502

U.S. POSTAGE
PAID
FLINT, MI
48504
AUG 11 17
AMOUNT
$12.75
R2305K134368-08

1023

48502



Richard Washell
446 W Candolish Road
Grand Blanc, Michigan
48439

7016 3560 0000 8048 1655

CERTIFIED MAIL

7016 3560 0000 8048 1655

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES
POSTAL SERVICE ®

For Domestic Use Only

PRIORITY
★ MAIL ★

TRACKED
INSURED

Label 107R July 2013

RECEIVED
AUG 11 2017
U.S. DISTRICT COURT
FLINT, MICHIGAN

RETURN RECEIPT
REQUESTED

New Case

United States District Court
Office of the Clerk
600 Church Street
Room 140
Flint, Michigan
48502

U.S. POSTAGE
PAID
FLINT, MI
48504
AUG 10, 17
AMOUNT
$12.75
R2308K134368-08

1025

48502

JS 44 (Rev. 11/15)

## CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

Delmond Marshal

### DEFENDANTS

Nick George, et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Atto

Case: 2:17-cv-12700
Judge: Drain, Gershwin A.
MJ: Whalen, R. Steven
Filed: 08-11-2017 At 01:04 PM
CMP DELMOND MARSHALL V NICK GEORGE, ET AL (LG)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*CIVIL RIGHTS*
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities Employment
- ☐ 446 Amer. w/Disabilities Other
- ☐ 448 Education

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

*PRISONER PETITIONS*

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.         Is this a case that has been previously dismissed?

☐ Yes
☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.         Other than stated above, are there any pending or previously
           discontinued or dismissed companion cases in this or any other
           court, including state court? (Companion cases are matters in which
           it appears substantially similar evidence will be offered or the same
           or related parties are present and the cases arise out of the same
           transaction or occurrence.)

☐ Yes
☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes : _____

## New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

☐ Two (2) completed **Civil Cover Sheets.** *None*

☐ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_1_ + 2 = _3_ **Complaints.** *3 CMPs*
# of Defendants

Received by Clerk: _____ Addresses are complete: _____ *None*

Case:2:17-cv-12700
Judge: Drain, Gershwin A.
MJ: Whalen, R. Steven
Filed: 08-11-2017 At 01:04 PM
CMP DELMOND MARSHALL V NICK GEORGE, ET AL (LG)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached. | ☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms. |
| Fees may be paid by check or money order made out to: | |
| ***Clerk, U.S. District Court*** | *None* |
| Received by Clerk: _____ Receipt #:_____ | Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waved) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address. | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. ☐ Two (2) completed **Request for Service by U.S. Marshal** form. | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk. <u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need: <br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant. <br>• Two (2) **Waiver of the Service of Summons** forms per defendant. <br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. *None* |
| Received by Clerk: _____ *None* | Received by Clerk: _____ *None* | |

**Clerk's Office Use Only**

Note any deficiencies here:

*No IFP Application, No Cover Sheets, No Svc documents*

Rev. 4/13